UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

DONNA HEDGES, ON BEHALF OF HERSELF
AND ALL OTHER PERSONS SIMILARLY
SITUATED,

           Plaintiffs,

           v.

EXCEL SPORTS SCIENCE INC.,

           Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No.: 1:24-cv-3813

**NOTICE OF APPEARANCE**

Notice is hereby given of the appearance of the undersigned as counsel for Donna Hedges, On Behalf of Herself and All Other Persons Similarly Situated in the above-entitled action. All further notice and copies of pleadings, papers, and other material relevant to this action should be directed to and served upon:

    Jeffrey M. Gottlieb, Esq., (JG-7905)
    Gottlieb & Associates PLLC
    150 East 18th Street, Suite PHR
    New York, NY 10003
    Phone: (212) 228-9795
    Fax: (212) 982-6284
    Jeffrey@Gottlieb.legal

Dated: New York, New York
       May 16, 2024

           Respectfully submitted,

           **GOTTLIEB & ASSOCIATES PLLC**

           By: */s/Jeffrey M. Gottlieb, Esq.*
               Jeffrey M. Gottlieb, Esq.